UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ja Ung Gu,<br><br>    Plaintiff,<br><br>  -v-<br><br>Capital One Bank USA, N.A. et al.,<br><br>    Defendant. | 22-cv-02288 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Counsel have informed the Court that the parties have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
July 18, 2022

                                            JED S. RAKOFF, U.S.D.J.

1